# WILLS.

[Hamilton Circuit Court.]

Fugmann et al. v. Chrystomus Theobald.

1. Section 5915, Rev. Stat., Extends to Designated Heirs.

Section 5915, Rev. Stat., providing that if any testator die having issue of his body, or an adopted child, living, bequests to religious, educational or charitable purposes within a year of testator's death shall be void, extends to all whom the law classes as issue and is not limited to those who are issue in fact. Therefore as to children designated as heirs at law, by proceedings in the probate court, under Sec. 4182, Rev. Stat., such bequests are void.

2. Bequests for Masses not Within Sec. 5915, Rev. Stat.

A bequest to the pastor of a Roman Catholic church "for the saying of masses for the repose of my soul and the soul of my husband," are not within Sec. 5915, Rev. Stat., as being to benevolent, educational or charitable purposes.

Appeal.

*Goebel & Bettinger* and *Arnold Speiser*, for plaintiffs.

*Stephens & Lincoln*, contra.

Swing, J.

We are of the opinion that the same decree should be rendered in this court that was rendered in the court of common pleas decided by Judge Wright, 4 Dec. 65 (2 N. P. 390), with the exception that we think item 18 of the will is a valid provision, and does not come within the provision of Sec. 5915, Rev. Stat., as to its being a benevolent, religious, educational or charitable purpose.